UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THE RICHARD AND SHEILA J. McKNIGHT
2000 FAMILY TRUST, Richard McKnight
Trustee,

                Plaintiff,

vs.

WILLIAM J. BARKETT, an individual;
CASTAIC PARTNERS II, LLC,

                Defendants.

THOMAS J. KAPP AND CYNTHIA S. ROHER,
TRUSTEES OF THE T. & C. KAPP FAMILY
TRUST,

                Intervenor Plaintiff,

vs.

WILLIAM J. BARKETT, an individual;
CASTAIC PARTNERS II, LLC,

                Intervenor Defendants.

Case No.  2:10-cv-01617-RCJ-GWF

**ORDER**

The Court has received the parties' Joint Discovery Plan and Scheduling Order (#176) filed April 26, 2012.  The proposed Order before the Court does not comply with the requirements of LR 26-1.  LR 26-1(e)(1) sets a period of 180 days as a presumptively reasonable amount of time in which to conduct discovery.  Discovery plans requesting longer than 180 days from the date the first defendant answers or appears require special scheduling review.  The parties have requested 340 days from the date they filed the discovery plan to complete discovery.  Where such special scheduling review is requested, the plan shall state the reasons why longer or different time periods should apply.  The parties are to provide justification for a 340 day discovery period. Accordingly,

1  **IT IS HEREBY ORDERED** that the parties' Joint Discovery Plan and Scheduling Order

2  (#176) is **denied**, without prejudice.

3  **IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and

4  Scheduling Order in compliance with LR 26-1(d), including any request for special scheduling

5  review, within seven (7) days of the date of this order.

6  DATED this 27th day of April, 2012.

7

8  _____
   GEORGE FOLEY, JR.

9  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28