Richard McKnight, Esq.
Nevada Bar No. 001313
David Mincin, Esq.
Nevada Bar No. 005427
LAW OFFICES OF RICHARD MCKNIGHT, P.C.
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-4393
rmcknight@lawlasvegas.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE RICHARD McKNIGHT AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight, Trustee, <br><br>  Plaintiff, <br><br> vs. <br><br> WILLIAM J. BARKETT, an individual, and CASTAIC III PARTNERS, LLC, a California limited liability company, <br><br> Defendants. | Case № CV-S-10-1617 <br><br> Related to BK-S-09-32824-RCJ <br><br> Date: <br> Time: |

### JUDGMENT AGAINST WILLIAM J. BARKETT

Plaintiff, Richard McKnight's motion for summary judgment having come on regularly for hearing this 15th day of July 2011 Plaintiff appearing by and through its counsel Richard McKnight, Esq. and Defendant, Barkett and Castaic III appearing through their counsel, Jennifer J. Panicker, Esq. and the court having reviewed the motion and opposition thereto and having heard counsel's argument and being fully advised in the premises;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the motion for summary judgment is granted to the extent that the Richard and Sheila J. McKnight 2000 Trust is granted judgment in the principle amount of $100,000 with interest at the rate of twenty per cent (20%) per annum from and after September 1, 2006, attorneys' fees in the

1 | amount of $15,860.40 and costs in the amount of $774.25.

2 |     IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED that the

3 | motion for summary judgment as to the second claim for relief against Castaic III Partners,

4 | LLC is denied and said claim is dismissed.

5 |     IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED that the Court

6 | finds that there is no just reason for delay and expressly directs that this Judgment be entered

7 | as Final Pursuant to Fed. R. Civ. Pro. 54(b).

8 |     DATED this 9th day of July, 2012.

_____
United States District Judge

Page 2 of 2

W:\2010\2900McKN.CAS\Federal Ct Nevada McKnight v Barkett\Judgment against Barkett in favor of McKnight.wpd    December 2, 2011 (5:24pm)