# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight Trustee,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM J. BARKETT, an individual; CASTAIC PARTNERS II, LLC,<br><br>　　　　　　Defendants.<br><br>THOMAS J. KAPP AND CYNTHIA S. ROHER, TRUSTEES OF THE T. & C. KAPP FAMILY TRUST,<br><br>　　　　　　Intervenor Plaintiff,<br><br>vs.<br><br>WILLIAM J. BARKETT, an individual; CASTAIC PARTNERS II, LLC,<br><br>　　　　　　Intervenor Defendants. | Case No.  2:10-cv-01617-RCJ-GWF<br><br>**ORDER**<br><br>Motion to Withdraw<br>as Local Counsel (#193) |

　　　This matter is before the Court on Jolley Urga Wirth Woodbury & Standish's Motion to Withdraw as Counsel for William J. Barkett, Castaic Partners, LLC, Castaic Partners II, LLC and Castaic Partners III, LLC (# 193), filed on June 25, 2012.  Jolley Urga Wirth Woodbury & Standish seek to withdraw as local counsel for William J. Barkett, Castaic Partners, LLC, Castaic Partners II, LLC and Castaic Partners III, LLC (collectively "Barkett"). The movants argue that the client will suffer no prejudice as Barkett will continue to be represented by lead counsel Gilmore, Wood, Vinnard & Magness.  To date, no party has filed a response to this motion and the time for

. . .

opposition has now expired.  Furthermore, the movants substantially establish good cause for the withdrawal.  Accordingly,

**IT IS HEREBY ORDERED** that Jolley Urga Wirth Woodbury & Standish's Motion to Withdraw as Counsel for William J. Barkett, Castaic Partners, LLC, Castaic Partners II, LLC and Castaic Partners III, LLC (# 193) is **granted**.

**IT IS FURTHER ORDERED** that William J. Barkett, Castaic Partners, LLC, Castaic Partners II, LLC and Castaic Partners III, LLC shall have until **August 6, 2012** to associate with new local counsel. *See* LR IA 10-2(a).

DATED this 16th day of July, 2012.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**