# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight Trustee,<br><br>            Plaintiff,<br><br>vs.<br><br>WILLIAM J. BARKETT, an individual; CASTAIC PARTNERS II, LLC,<br><br>            Defendants.<br><br>THOMAS J. KAPP AND CYNTHIA S. ROHER, TRUSTEES OF THE T. & C. KAPP FAMILY TRUST,<br><br>            Intervenor Plaintiff,<br><br>vs.<br><br>WILLIAM J. BARKETT, an individual; CASTAIC PARTNERS II, LLC,<br><br>            Intervenor Defendants. | Case No.  2:10-cv-01617-RCJ-GWF<br><br>**ORDER** |

This matter is before the Court on William J. Barkett, Castaic Partners, LLC, Castaic Partners II, LLC and Castaic Partners III, LLC's Response to Order to Show Cause (#201) filed August 27, 2012, wherein the Barkett Parties request an additional sixty days to retain local counsel. Upon review and consideration,

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that William J. Barkett, Castaic Partners, LLC, Castaic Partners II, LLC and Castaic Partners III, LLC shall have until **October 29, 2012** to associate with new local counsel.

DATED this 28th day of August, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge