1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                               **DISTRICT OF NEVADA**

6

7   THE RICHARD AND SHEILA J. McKNIGHT        )
    2000 FAMILY TRUST, Richard McKnight        )
8   Trustee,                                   )
                                               )
9            Plaintiff,                         )        Case No.  2:10-cv-01617-RCJ-GWF
                                               )
10  vs.                                        )        **FINDINGS & RECOMMENDATION**
                                               )
11  WILLIAM J. BARKETT, an individual;        )
    CASTAIC PARTNERS II, LLC,                  )
12                                             )
             Defendants.                       )
13  _____       )
    THOMAS J. KAPP AND CYNTHIA S. ROHER,       )
14  TRUSTEES OF THE T. & C. KAPP FAMILY        )
    TRUST,                                     )
15                                             )
             Intervenor Plaintiff,             )
16                                             )
    vs.                                        )
17                                             )
    WILLIAM J. BARKETT, an individual;        )
18  CASTAIC PARTNERS II, LLC,                  )
                                               )
19           Intervenor Defendants.            )
    _____       )

20

21          This matter is before the Court on the Order to Show Cause (#204), filed November 5, 2012,

22  wherein this Court ordered Defendants William J. Barkett, Castaic Partners, LLC, Castaic Partners II,

23  LLC and Castaic Partners III, LLC to show cause, in writing, no later than November 15, 2012, why

24  sanctions should not be imposed for their failure to comply with this Court's prior order (#196) to retain

25  local  counsel.  To date, Defendants William J. Barkett, Castaic Partners, LLC, Castaic Partners II, LLC

26  and Castaic Partners III, LLC have failed to comply.  Accordingly,

27                                  **RECOMMENDATION**

28          **IT IS RECOMMENDED** by the undersigned United States Magistrate Judge that the Answers

of Defendants William J. Barkett, Castaic Partners, LLC, Castaic Partners II, LLC and Castaic Partners III, LLC should be **stricken** and their default entered based on Defendants' failure to comply with this Court's Order to obtain local counsel.

## NOTICE

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 19th day of November, 2012.

George Foley Jr.
GEORGE FOLEY, JR.
United States Magistrate Judge

2