**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE RICHARD AND SHEILA J. MCKNIGHT 2000 FAMILY TRUST, RICHARD MCKNIGHT TRUSTEE, | 2:10-CV-01617-RCJ-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| WILLIAM J. BARKETT, an individual CASTAIC III PARTNERS, LLC, a California limited liability company, | |
| Defendants. | |
| AND RELATED INTERVENOR ACTIONS AND RELATED CROSS ACTION | |

Before the Court is the Report and Recommendation (#205) entered on November 19, 2012. Defendants filed their Response to Findings & Recommendation Regarding Order to Show Cause to Retain Local Counsel (#207) on December 20, 2011.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate judge. Fed. R. Civ. P. 72(b). The Court determines that the Magistrate Judge's Report and Recommendation (#205) entered on November 19, 2012 is adopted and accepted.

///

1    IT IS HEREBY ORDERED that the Answers of Defendants William J. Barkett, Castaic Partners,

2  LLC, Castaic Partners III, LLC, are STRICKEN.  The Clerk of the Court shall enter DEFAULT

3  accordingly.

4    IT IS SO ORDERED.

5    Dated: This 14th day of March, 2013.

6

7                                    ROBERT C. JONES
                                    UNITED STATES DISTRICT CHIEF JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28