# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM J. BARKETT, an individual; CASTAIC PARTNERS II, LLC,<br><br>    Defendants.<br><br>THOMAS J. KAPP AND CYNTHIA S. ROHER, TRUSTEES OF THE T. & C. KAPP FAMILY TRUST,<br><br>    Intervenor Plaintiff,<br><br>vs.<br><br>WILLIAM J. BARKETT, an individual; CASTAIC PARTNERS II, LLC,<br><br>    Intervenor Defendants. | Case No.  2:10-cv-01617-RCJ-GWF<br><br>**ORDER**<br><br>Motion to Quash (#228) |

    This matter comes before the Court on non-party Craig P. Orrock's Motion to Quash (#228), filed on March 18, 2013.  Mr. Orrock represents that Counter-Claimant DACA-Castaic, LLC served him with a Subpoena duces tecum and noticed his deposition for March 25, 2013 in Las Vegas, Nevada.  Mr. Orrock argues the subpoena is unduly burdensome and seeks irrelevant documents.  Having reviewed Mr. Orrock's Motion (#228), the Court will stay the scheduled deposition pending a ruling on the Motion.  Accordingly,

    **IT IS HEREBY ORDERED** that the March 25, 2013 deposition of Craig P. Orrock by DACA-Castaic is **stayed** pending a ruling on the instant Motion (#228).

...

**IT IS FURTHER ORDERED** that any oppositions shall be filed no later than **April 4, 2013**.  Any reply shall be filed no later than **April 15, 2013**.

**IT IS FURTHER ORDERED** that the Court shall conduct a hearing on the Motion (#228) on **Wednesday, April 17, 2013** at **10:00 AM** in Las Vegas Courtroom 3A.

DATED this 20th day of March, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge