# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight Trustee,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM J. BARKETT, an individual; CASTAIC PARTNERS II, LLC,<br><br>　　　　　　Defendants.<br><br>THOMAS J. KAPP AND CYNTHIA S. ROHER, TRUSTEES OF THE T. & C. KAPP FAMILY TRUST,<br><br>　　　　　　Intervenor Plaintiff,<br><br>vs.<br><br>WILLIAM J. BARKETT, an individual; CASTAIC PARTNERS II, LLC,<br><br>　　　　　　Intervenor Defendants. | Case No.  2:10-cv-01617-RCJ-GWF<br><br>**ORDER**<br><br>Motion to Compel Post-Judgment Discovery and for Sanctions (#220) |

　　　　This matter comes before the Court on Plaintiff's Motion to Compel and for Sanctions (#220), filed on February 28, 2013. Defendant William Barkett ("Barkett") filed an Opposition (#226) on March 15, 2013. Plaintiff filed a Reply (#230) on March 20, 2013. The Court conducted a hearing on the Motion (#220) on April 2, 2013.

　　　　The District Judge entered a judgment against Barkett on July 9, 2012. *See Order, Doc. #194*. Plaintiff propounded a Request for Production of Documents on December 12, 2012 to discover assets available to satisfy the judgment, which Barkett did not answer. For the reasons stated on the record at the April 2, 2013 hearing, the Court will compel Barkett to respond to the

Request for Production. The Court further finds that Barkett's failure to respond to the Request was not justified. The Court will therefore award Plaintiff its reasonable expenses incurred in bringing the instant Motion (#220). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Post-Judgment Discovery and for Sanctions (#220) is **granted**.

**IT IS FURTHER ORDERED** that Defendant William Barkett shall respond to Plaintiff's Request for Production of Documents no later than April 16, 2013.

**IT IS FURTHER ORDERED** that Plaintiff is awarded its reasonable expenses incurred in bringing its Motion to Compel (#220).

(a) Counsel for Plaintiff shall, no later than 14 days from the date of this Order, serve and file a memorandum, supported by the affidavit of counsel, establishing the amount of costs incurred in bringing the Motion (#220). Counsel's affidavit shall authenticate the information contained in the memorandum, provide a statement that the bill has been reviewed and edited, and a statement that the costs charged are reasonable.

(b) Defendant Barkett shall have 10 days from service of the memorandum of costs in which to file a responsive memorandum addressing the reasonableness of the costs sought, and any equitable consideration appropriate for the Court to consider in determining the amount of costs which should be awarded.

(c) Plaintiff shall have 5 days from the service of the responsive memorandum in which to file a reply.

DATED this 3rd day of April, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge