**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight Trustee,<br><br>         Plaintiff,<br><br>vs.<br><br>WILLIAM J. BARKETT, an individual; CASTAIC PARTNERS II, LLC,<br><br>         Defendants.<br>THOMAS J. KAPP AND CYNTHIA S. ROHER, TRUSTEES OF THE T. & C. KAPP FAMILY TRUST,<br><br>         Intervenor Plaintiff,<br><br>vs.<br><br>WILLIAM J. BARKETT, an individual; CASTAIC PARTNERS II, LLC,<br><br>         Intervenor Defendants. | Case No.  2:10-cv-01617-RCJ-GWF<br><br>**ORDER** |

   This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Minutes of Proceedings (#284) filed July 22, 2013, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than October 7, 2013, or 30 days after a decision on the dispositive motions. A motion to dismiss (#318) was decided on March 24, 2014, in which case the date for filing the Joint Pretrial Order was suspended until 30 days after the decision. There are no further dispositive motions pending. To date, the parties have not complied. Accordingly,

. . .

. . .

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **June 13, 2014.** Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 3rd day of June, 2014.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE