DAVID M. GILMORE
California Bar #105429
dgilmore@gwvm.com
GILMORE, WOOD, VINNARD & MAGNESS
P.O. Box 28907
Fresno, CA  93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

RICHARD SEGERBLOM
Nevada Bar #1010
rsegerblom@lvcoxmail.com
700 S 3rd Street
Las Vegas, Nevada 89101
Telephone: (702) 388-9600
Facsimile: (702) 385-2909

Attorneys for William J. Barkett, Castaic
Partners, LLC, Castaic Partners II, LLC
and Castaic Partners III, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight Trustee,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. BARKETT, an individual, et al.<br><br>Defendants. | CASE NO. 2:10-CV-01617-RCJ-GWF<br><br>**REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Judge: Hon. Robert C. Jones<br>Date: December 18, 2014<br>Time: 10:00 a.m.<br>Dept.: TBA |

Defendant's counsel is located in Fresno, California and is already scheduled for a matter that day in Fresno.  The Court set this date by Order of December 9, 2014, after counsel had committed to this event in Fresno.  The Court's setting does not conflict provided counsel does not need to travel to Las Vegas. AS SUCH, IT IS HEREBY REQUESTED that counsel for Defendants be allowed to make a telephonic appearance for 1) Summary Judgment on DACA's

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

7828-26\00314340.000

REQUEST FOR TELEPHONIC APPEARANCE

CV-S-10-1617

1  Supplemental Counterclaim; 2) Summary Judgment on DACA's Fourth Party
2  Complaint; 3) Defensive Summary Judgment on the Barkett Parties' Third Party
3  Complaint; and 4) Entry of Final Judgment as to All Claims for Relief as to Which
4  DACA is a Party, currently set for December 18, 2014 at 10:00 a.m. in Las Vegas
5  Courtroom TBA, before Judge Robert C. Jones.

   December 12, 2014

                                GILMORE, WOOD, VINNARD & MAGNESS

                                By _____
                                   David M. Gilmore
                                   Attorneys for William J. Barkett, Castaic
                                   Partners, LLC, Castaic Partners II, LLC
                                   and Castaic Partners III, LLC

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

7828-26\00314340.000                              2                           CV-S-10-1617
                        REQUEST FOR TELEPHONIC APPEARANCE

ORDER

IT IS HEREBY ORDERED that the Motion to Appear Telephonically at Motion Hearing on December 18, 2014 (ECF #347) is GRANTED.

Counsel shall dial into the AT&T Meet-Me-Line Number using a land line FIVE (5) minutes prior to the hearing.  Meet-Me-Line Dial In Number: (888) 675-2535; Access Code: 2900398; Security Code: 121814.  Counsel shall remain on the line until such time as the Court joins the call and convenes the proceedings.

IT IS SO ORDERED this 12th day of December, 2014.

_____
ROBERT C. JONES
District Judge