1  DAVID M. GILMORE
   California Bar #105429
2  dgilmore@gwvm.com
   GILMORE, WOOD, VINNARD & MAGNESS
3  P.O. Box 28907
   Fresno, CA  93729-8907
4  Telephone: (559) 448-9800
   Facsimile: (559) 448-9899
5
   RICHARD SEGERBLOM
6  Nevada Bar #1010
   rsegerblom@lvcoxmail.com
7  700 S 3rd Street
   Las Vegas, Nevada 89101
8  Telephone: (702) 388-9600
   Facsimile: (702) 385-2909
9
   Attorneys for William J. Barkett, Castaic
10 Partners, LLC, Castaic Partners II, LLC
   and Castaic Partners III, LLC
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight Trustee,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. BARKETT, an individual, et al.<br><br>Defendants. | CASE NO. 2:10-CV-01617-RCJ-GWF<br><br>**REQUEST FOR EXTENSION TO FILE STATUS REPORT**<br><br>Judge: Hon. Robert C. Jones<br>Date:  April 22, 2015<br>Time:  10:00 a.m.<br>Dept.:  TBA |
|---|---|

   IT IS HEREBY REQUESTED that counsel for Defendants be granted an extension to April 20, 2015 to file its status report for the status hearing scheduled for April 22, 2015.

   Counsel for Defendants has been out of town.

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

7828-26\00316998.000                                                                 CV-S-10-1617

REQUEST FOR TELEPHONIC APPEARANCE

April 17, 2015

GILMORE, WOOD, VINNARD & MAGNESS

By _____
David M. Gilmore
Attorneys for William J. Barkett, Castaic Partners, LLC, Castaic Partners II, LLC and Castaic Partners III, LLC

## ORDER

IT IS HEREBY ORDERED THAT Defendants William J. Barkett, Castaic Partners, LLC, Castaic Partners II, LLC and Castaic Partners III, LLC shall have up to and including April 20, 2015 to file its Status Report.

Dated: April 20, 2015.

_____
Hon. Robert Jones

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

7828-26\00316998.000        2        CV-S-10-1617
REQUEST FOR TELEPHONIC APPEARANCE