1 | Dean T. Kirby, Jr.   (Calif. Bar No. 090114)
  | Roberta S. Robinson  (Calif. Bar No. 099035)
2 | KIRBY & McGUINN, A P.C.
  | 707 Broadway, Suite 1750
3 | San Diego, California 92101
  | Telephone: (619) 685-4000
4 | Facsimile:   (619) 685-4004

5 | Cindy Lee Stock
  | LAW OFFICES OF CINDY LEE STOCK, P.C.
6 | 608 South 8th Street
  | Las Vegas, NV 89101
7 | Telephone: (702) 382-1399
  | Facsimile: (702) 382-0925

9 | Attorneys for Third Party Defendants and
  | Counterclaimants and Fourth Party Plaintiffs
10 | DACA-Castaic, LLC and Debt Acquisition
   | Company of America V, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight, Trustee<br><br>Plaintiff<br><br>v.<br><br>WILLIAM J. BARKETT, an individual, CASTAIC III PARTNERS, LLC a California limited liability company<br><br>Defendants | Case No. 2:10-cv-01617-RCJ<br><br>STIPULATION FOR SUBSTITUTION OF LOCAL COUNSEL AND [PROPOSED] ORDER<br><br>Judge: Hon. Robert C. Jones |
| AND RELATED INTERVENOR ACTIONS, THIRD PARTY ACTIONS AND COUNTERCLAIMS | |

/ / /

/ / /

/ / /

1
STIPULATION FOR SUBSTITUTION OF LOCAL COUNSEL

1. Debt Acquisition Company of America V, LLC and DACA-Castaic, LLC hereby stipulate to
2. the substitution of Cindy Lee Stock, of the Law Offices of Cindy Lee Stock, P.C., as its local
3. counsel in place and stead of Michelle L. Abrams, of Abrams Probate and Planning Group.

DATE: July 2, 2015

DEBT ACQUISITION COMPANY OF
AMERICA V, LLC

By: _____
Howard Justus, It's Managing Member

DATE: July 2, 2015

DACA-CASTAIC, LLC
A California limited liability company
By:    Debt Acquisition Company of
       America V, LLC
       It's Managing Member

By: _____
Howard Justus, It's Managing Member

APPROVED AS TO FORM AND CONTENT

DATE: July 2, 2015

KIRBY & McGUINN, A P.C.

By: _____
Dean T. Kirby, Jr., Attorneys for Debt
Acquisition Company of America V, LLC and
DACA-Castaic, LLC

///
///
///
///
///

2
STIPULATION FOR SUBSTITUTION OF LOCAL COUNSEL

| | |
|---|---|
| 1  CONSENT TO SUBSTITUTION | ABRAMS PROBATE & PLANNING GROUP |
| 2  DATE: July 2, 2015 | |
| 4 | By: /s/ Michelle L. Abrams |
| | Michelle L. Abrams |
| 6  ACCEPTANCE OF SUBSTITUTION | |
| 7  DATE: July 2, 2015 | LAW OFFICES OF CINDY LEE STOCK, P.C. |
| 10 | By: *Cindy Lee Stock* |
| | Cindy Lee Stock |
| 11 | LAW OFFICES OF CINDY LEE STOCK, P.C. |
| | 608 South 8th Street |
| 12 | Las Vegas, NV 89101 |
| | Telephone: (702) 382-1399 |
| 13 | Facsimile: (702) 382-0925 |
| | courtdocs@clstock.com |
| 15  IT IS SO ORDERED. | |
| 18  DATE: July 6, 2015 | *[signature]* |
| | UNITED STATES DISTRICT JUDGE |
| 20 | ### |

STIPULATION FOR SUBSTITUTION OF LOCAL COUNSEL

1  Dean T. Kirby, Jr.     (Calif. Bar No. 090114)
   Roberta S. Robinson (Calif. Bar No. 099035)
2  KIRBY & McGUINN, A P.C.
   707 Broadway, Suite 1750
3  San Diego, California 92101
   Telephone: (619) 685-4000
4  Facsimile:   (619) 685-4004

5  Cindy Lee Stock
   LAW OFFICES OF CINDY LEE STOCK, P.C.
6  608 South 8th Street
   Las Vegas, NV 89101
7  Telephone: (702) 382-1399
   Facsimile: (702) 382-0925
8

9  Attorneys for Third Party Defendants and
   Counterclaimants and Fourth Party Plaintiffs
10 DACA-Castaic, LLC and Debt Acquisition
   Company of America V, LLC
11

12                  UNITED STATES DISTRICT COURT

13                        DISTRICT OF NEVADA

14

15 | THE RICHARD AND SHEILA J.            | Case No. 2:10-cv-01617-RCJ
   | McKNIGHT 2000 FAMILY TRUST,          |
16 | Richard McKnight, Trustee            | CERTIFICATE OF SERVICE
17 |          Plaintiff                   |
18 |          v.                          | Judge: Hon. Robert C. Jones
19 | WILLIAM J. BARKETT, an individual,   |
   | CASTAIC III PARTNERS, LLC            |
20 | a California limited liability company|
21 |          Defendants                  |
22
23 | AND RELATED INTERVENOR ACTIONS,      |
   | THIRD PARTY ACTIONS AND              |
24 | COUNTERCLAIMS                        |

25

26 / / /

27 / / /

28 / / /

1
CERTIFICATE OF SERVICE

I, Jacquelyn Wilson, declare under penalty of perjury that the following facts are true and correct: I am a resident of the State of California and over the age of 18 years and not a party to or interested in the above-entitled matter. I am an employee of Kirby & McGuinn, A P.C., and my business address is 707 Broadway, Suite 1750, San Diego, California 92101. On July 2, 2015, I served the following document(s):

- STIPULATION FOR SUBSTITUTION OF LOCAL COUNSEL AND [PROPOSED ORDER]

by:

☐ MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as shown below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

☐ PERSONAL SERVICE: by personally serving by hand delivery in an envelope(s) addressed as shown below:

☐ OVERNIGHT DELIVERY: by enclosing, a true copy (ies) in a sealed FedEx envelope(s) addressed as shown below.

☐ VIA FACSIMILE: by transmitting via facsimile to the number(s) shown below:

■ VIA ECF FILING: by electronically mailing to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

- **Michelle L. Abrams**
  mabrams@abramstanko.com
- **Lynn L. Fetterly**
  L.fetterly@yahoo.com
- **Lynn L. Fetterly**
  L.fetterly@yahoo.com
- **David M. Gilmore**
  dgilmore@gwvm.com,dgilmore@gwvm.com
- **Howard N. Gould**
  hgould@frlawcorp.com,hgould@frlawcorp.com
- **Richard McKnight**
  rmcknight@lawlasvegas.com,gkopang@lawlasvegas.com,msmith@lawlasvegas.com,dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- **David Mincin**
  dmincin@lawlasvegas.com,gkopang@lawlasvegas.com,rmcknight@lawlasvegas.com,cburke@lawlasvegas.com

- **Jennifer J. Panicker**
  jpanicker@gwvm.com,jpanicker@gwvm.com
- **Lisa A Rasmussen**
  lisa@lrasmussenlaw.com,Stuart@lrasmussenlaw.com,Secretary@lrasmussenlaw.com,Alex@lrasmussenlaw.com
- **Richard Segerblom**
  rsegerblom@lvcoxmail.com,tsegerblom@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  July 2, 2015                    KIRBY & McGUINN, A P.C.


                                        By:  /s/ Jacquelyn Wilson
                                             Jacquelyn Wilson

3
CERTIFICATE OF SERVICE