Dean T. Kirby, Jr.   090114
Roberta S. Robinson 099035
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101
Telephone: (619) 685-4000
Facsimile:   (619) 685-4004

Cindy Lee Stock
LAW OFFICES OF CINDY LEE STOCK, P.C.
608 South 8th Street
Las Vegas, NV 89101
Telephone: (702) 382-1399
Facsimile: (702) 382-0925

Attorneys for Third Party Defendants and
Counterclaimants and Fourth Party Plaintiffs
DACA-Castaic, LLC and Debt Acquisition
Company of America V, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight, Trustee<br><br>Plaintiff<br><br>v.<br><br>WILLIAM J. BARKETT, an individual, CASTAIC III PARTNERS, LLC a California limited liability company<br><br>Defendants<br><br>AND RELATED INTERVENOR ACTIONS, THIRD PARTY ACTIONS AND COUNTERCLAIMS | Case No.   2:10-cv-01617-RCJ<br><br>ORDER AMENDING JUDGMENT AND CERTIFYING AMENDED JUDGMENT AS FINAL PURSUANT TO F.R.C.P. 54(b) |

IT IS HEREBY ORDERED:

1. The Judgment entered January 29, 2015 as ECF No. 355 is hereby amended in the following particular only. Paragraph 1.19 appearing on page 5 line 27 to page 6 line 2 of the Judgment previously stated:

> The assignment of the Castaic Notes and Trust Deeds necessarily included, by operation of law, and assignment of rights under any guarantees of the obligations under those Notes. Accordingly, DACA is the real party in interest with respect to any claims based on those guarantees.

2. The above quoted paragraph 1.19 is deleted in its entirety and replaced by the following:

> The assignment of the Castaic Notes and Trust Deeds by those Direct Lenders who voted to accept the Purchase Agreement necessarily included, by operation of law, an assignment of rights under any guarantees of the obligations under those Notes. Accordingly, DACA is the real party in interest with respect to any claims based on those assigned guarantees.

3. The following paragraph 1.20 is added to the Judgment:

> 1.20  The references in paragraphs 1.13, 1.14, and 1.15 to DACA – Castaic, LLC as "sole beneficiary of record" refers, as to those Direct Lenders who voted "no" or who did not vote to accept the Purchase Agreement, only to record title and does not mean that those Direct Lenders have transferred or that DACA-Castaic LLC holds their beneficial interest.  All rights of those Direct Lenders who voted "no" or who did not vote to accept the Purchase Agreement are reserved.

4. The Judgment, as amended hereby is certified as final pursuant to Federal Rule of Civil Procedure 54(b). The Court finds that there is no just reason for delay, for the following reasons:

> 4.1  The Judgment as amended completely disposes of all claims by and against Debt Acquisition Company of America V, LLC and DACA-

Castaic, LLC (collectively, "DACA"), thus removing DACA from the litigation;

    4.2    The Judgment as amended grants declaratory relief only, as to matters relating to the validity of DACA's foreclosure. The validity of the foreclosure should be adjudicated without further delay in order to resolve claims potentially affecting title which may, until they are adjudicated, delay resale of the subject properties.

    4.3    The resolution of monetary claims between the Direct Lenders and the Barkett Parties does not affect the validity of the foreclosures, which is adjudicated in the Judgment as amended.

DATE: August 25, 2015

HON. ROBERT C. JONES  
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT

LAW OFFICES OF LISA RASMUSSEN

By: /s/ Lisa A. Rasmussen  
Lisa A. Rasmussen  
Attorney for Rasmussen Direct Lenders