Dean T. Kirby, Jr.    090114
Roberta S. Robinson 099035
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101
Telephone: (619) 685-4000
Facsimile:  (619) 685-4004

Cindy Lee Stock
LAW OFFICES OF CINDY LEE STOCK, P.C.
608 South 8th Street
Las Vegas, NV 89101
Telephone: (702) 382-1399
Facsimile: (702) 382-0925

Attorneys for Third Party Defendants and
Counterclaimants and Fourth Party Plaintiffs
DACA-Castaic, LLC and Debt Acquisition
Company of America V, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight, Trustee<br><br>Plaintiff<br><br>v.<br><br>WILLIAM J. BARKETT, an individual, CASTAIC III PARTNERS, LLC a California limited liability company<br><br>Defendants<br><br>AND RELATED INTERVENOR ACTIONS, THIRD PARTY ACTIONS AND COUNTERCLAIMS | Case No.    2:10-cv-01617-RCJ<br><br>RATIFICATION OF REAL PARTY IN INTEREST AND ORDER AUTHORIZING CERTAIN DIRECT LENDERS TO PROCEED ON GUARANTY CLAIMS |

1. DACA-Castaic, LLC ("DACA") has been determined by this Court's Judgment to be the real party in interest as to those claims based upon the written Guaranties of William Barkett, which Guaranties were assigned by operation of law to DACA by those Direct Lenders who affirmatively voted to approve the Purchase Agreement referred to the Judgment (the "Guaranty Claims").

2. DACA wishes to authorize those affected Direct Lenders to continue prosecuting the Guaranty Claims, pursuant to Federal Rule of Civil Procedure 17(a)(3) which provides as follows:

> (3) *Joinder of the Real Party in Interest.* The court may not dismiss an action for failure to prosecute in the name of the real party in interest until, after an objection, a reasonable time has been allowed for the real party in interest to ratify, join, or be substituted into the action. After ratification, joinder, or substitution, the action proceeds as if it had been originally commenced by the real party in interest.

DACA hereby ratifies and authorizes the affected Direct Lenders to pursue the Guaranty claims, as authorized pursuant to Federal Rule of Civil Procedure 17(a)(3).

DATE:   July 13, 2015          KIRBY & McGUINN, A P.C.


By:  /s/ Dean T. Kirby, Jr.
Dean T. Kirby, Jr.
Attorneys for Third Party Defendants and Counterclaimants and Fourth Party Plaintiffs DACA-Castaic, LLC and Debt Acquisition Company of America V, LLC

/ / /

/ / /

/ / /

/ / /

ORDER

1. As to those certain claims based on the written guaranty(ies) of Defendant William Barkett, which were assigned to DACA-Castaic, LLC ("DACA') by those Direct Lenders who affirmatively voted to accept the Purchase Agreement (the "Guaranty Claims"), the Court has determined that DACA is the real party in interest as to such claims.

2. The Guaranty Claims referred to in paragraph 1 above are currently being prosecuted in the names of those Direct Lenders identified in paragraph 1. As stated above, DACA has ratified and authorized those Direct Lenders to continue and complete the prosecution of those Guaranty Claims pursuant to Federal Rule of Civil Procedure 17(a)(3).

3. Accordingly, those Direct Lenders who affirmatively voted to accept the Purchase Agreement with DACA are permitted to continue to prosecute the Guaranty Claims in their own names.

Dated: August 25, 2015.

_____
HON. ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT

LAW OFFICE OF LISA RASMUSSEN

By:   /s/ Lisa A. Rasmussen
Lisa A. Rasmussen
Counsel for Rasmussen
Direct Lenders

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

4
ORDER AMENDING JUDGMENT AND CERTIFYING AMENDED
JUDGMENT AS FINAL PURSUANT TO F.R.C.P. 54(b)