1  Dean T. Kirby, Jr.     (Calif. Bar No.  090114)
   Roberta S. Robinson  (Calif. Bar No.  099035)
2  KIRBY & McGUINN, A P.C.
   707 Broadway, Suite 1750
3  San Diego, California 92101
   Telephone: (619) 685-4000
4  Facsimile:   (619) 685-4004

5  Cindy Lee Stock
   LAW OFFICES OF CINDY LEE STOCK, P.C.
6  608 South 8th Street
   Las Vegas, NV 89101
7  Telephone: (702) 382-1399
   Facsimile:  (702) 382-0925

8

9  Attorneys for Third Party Defendants and
   Counterclaimants / Third Party Plaintiffs
10 DACA-Castaic, LLC and Debt Acquisition
   Company of America V, LLC

11

12              UNITED STATES DISTRICT COURT

13                  DISTRICT OF NEVADA

| | |
|---|---|
| 14 THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, | Case No.     2:10-CV-01617-RCJ |
| 15 Richard McKnight, Trustee | REQUEST FOR TELEPHONIC APPEARANCE AT HEARING |
| 16        Plaintiff | |
| 17 v. | |
| 18 WILLIAM J. BARKETT, an individual, CASTAIC III PARTNERS, LLC | Judge:      Hon. Robert C. Jones |
| 19 a California limited liability company | Date:       September 21, 2015 Time:        10:00 a.m. Location:   Reno |
| 20        Defendants | Dept.:       6 |
| 21 | |
| 22 AND RELATED INTERVENOR ACTIONS, THIRD PARTY ACTIONS AND COUNTERCLAIMS | |
| 23 | |

24

                                1
       REQUEST FOR TELEPHONIC APPEARANCE AT HEARING

1    A Status Conference has been scheduled for September 21, 2015 and this Court

2  has previously requested that out of state Counsel file a request to appear

3  telephonically at such hearing.  Attorneys for Third Party Defendants and

4  Counterclaimants/Third Party Plaintiffs DACA-Castaic, LLC and Debt Acquisition

5  Company of America V, LLC reside in San Diego, CA and hereby request that Dean

6  T. Kirby, Jr., counsel for DACA-Castaic, LLC and Debt Acquisition Company of

7  America V, LLC, be allowed to make a telephonic appearance for the Status

8  Conference currently set for September 21, 2015 at 10:00 a.m. before Judge Robert C.

9  Jones.

10  DATE:  August 28, 2015                     KIRBY & McGUINN, A P.C.

11

12                                             By:___/s/ Dean T. Kirby, Jr._____
                                               Dean T. Kirby, Jr.
                                               Attorneys for Third Party Defendants
13                                             and Counterclaimants / Third Party Plaintiffs
                                               DACA-Castaic, LLC and
14                                             Debt Acquisition Company of America V,
                                               LLC
15

16

17

    IT IS SO ORDERED this 3rd day of September, 2015.
18

19

    _____
20  ROBERT C. JONES

21

22

23

24

REQUEST FOR TELEPHONIC APPEARANCE AT HEARING

1  Dean T. Kirby, Jr.     (Calif. Bar No.  090114)
   Roberta S. Robinson  (Calif. Bar No.  099035)
2  KIRBY & McGUINN, A P.C.
   707 Broadway, Suite 1750
3  San Diego, California 92101
   Telephone: (619) 685-4000
4  Facsimile:   (619) 685-4004

5  Cindy Lee Stock
   LAW OFFICES OF CINDY LEE STOCK, P.C.
6  608 South 8th Street
   Las Vegas, NV 89101
7  Telephone: (702) 382-1399
   Facsimile:  (702) 382-0925

8

9  Attorneys for Third Party Defendants and
   Counterclaimants / Third Party Plaintiffs
10 DACA-Castaic, LLC and Debt Acquisition
   Company of America V, LLC

11

12                 UNITED STATES DISTRICT COURT

13                     DISTRICT OF NEVADA

14

15 THE RICHARD AND SHEILA J.          Case No.     2:10-CV-01617-RCJ
   McKNIGHT 2000 FAMILY TRUST,
16 Richard McKnight, Trustee          CERTIFICATE OF SERVICE

17          Plaintiff

18       v.

19 WILLIAM J. BARKETT, an individual,
   CASTAIC III PARTNERS, LLC
20 a California limited liability company

21          Defendants

22
   AND RELATED INTERVENOR
23 ACTIONS, THIRD PARTY ACTIONS
   AND COUNTERCLAIMS
24

                              1
                 CERTIFICATE OF SERVICE

1   I, Jacquelyn Wilson, declare under penalty of perjury that the following facts

2   are true and correct:  I am a resident of the State of California and over the age of 18

3   years and not a party to or interested in the above-entitled matter.  I am an employee

4   of Kirby & McGuinn, A P.C., and my business address is 707 Broadway, Suite 1750,

5   San Diego, California 92101.   On August 28, 2015, I served the following

6   document(s):

7   • REQUEST FOR TELEPHONIC APPEARANCE AT HEARING

8   by:

9   ☐   MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the
       outgoing mail tray located in my office for deposit in the United States

10      mail, with postage fully prepaid, addressed as shown below.  I am readily
       familiar with the business practice at my place of business for collection

11      and processing of outgoing mail with the U.S. Postal Service that same
       day in the ordinary course of business.

12  ☐   PERSONAL SERVICE: by personally serving by hand delivery in an
       envelope(s) addressed as shown below:

13

14  ☐   OVERNIGHT DELIVERY: by enclosing, a true copy (ies) in a sealed
       FedEx envelope(s) addressed as shown below.

15  ☐   VIA FACSIMILE: by transmitting via facsimile to the number(s) shown
       below:

16

17  ■   VIA ECF FILING: by electronically mailing to the parties that are
       registered or otherwise entitled to receive electronic notices in this case
       pursuant to the Electronic Filing Procedures in this District.

18

19  • **Lynn L. Fetterly**
     L.fetterly@yahoo.com

20  • **Lynn L. Fetterly**
     L.fetterly@yahoo.com

21  • **David M. Gilmore**
     dgilmore@gwvm.com,dgilmore@gwvm.com

22  • **Howard N. Gould**
     hgould@frlawcorp.com,hgould@frlawcorp.com

23  • **Richard McKnight**
     rmcknight@lawlasvegas.com,gkopang@lawlasvegas.com,msmith@lawlasvega

24    s.com,dmincin@lawlasvegas.com,cburke@lawlasvegas.com

2
CERTIFICATE OF SERVICE

- **David Mincin**
  dmincin@lawlasvegas.com,gkopang@lawlasvegas.com,rmcknight@lawlasveg as.com,cburke@lawlasvegas.com
- **Jennifer J. Panicker**
  jpanicker@gwvm.com,jpanicker@gwvm.com
- **Lisa A Rasmussen**
  lisa@lrasmussenlaw.com,Stuart@lrasmussenlaw.com,Secretary@lrasmussenla w.com,Alex@lrasmussenlaw.com
- **Richard Segerblom**
  rsegerblom@lvcoxmail.com,tsegerblom@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


DATED:   August 28, 2015                KIRBY & McGUINN, A P.C.




                                        By:   /s/ Jacquelyn Wilson
                                              Jacquelyn Wilson

3
CERTIFICATE OF SERVICE