DAVID M. GILMORE
California Bar #105429
dgilmore@gmlegal.net
GILMORE MAGNESS LEIFER
P.O. Box 28907
Fresno, CA 93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

RICHARD SEGERBLOM
Nevada Bar #1010
rsegerblom@lvcoxmail.com
700 S 3rd Street
Las Vegas, Nevada 89101
Telephone: (702) 388-9600
Facsimile: (702) 385-2909

Attorneys for William J. Barkett, Castaic Partners, LLC, Castaic Partners II, LLC and Castaic Partners III, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight Trustee,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. BARKETT, an individual, CASTAIC III PARTNERS, LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED INTERVENOR ACTIONS AND RELATED CROSS ACTION | CASE NO. CV-S-10-1617<br><br>**REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Judge: Hon. Robert C. Jones<br>Date: September 21, 2015<br>Time: 10:00 a.m.<br>Location: Reno<br>Dept.: 6 |

A status conference has been scheduled for September 21, 2015 and this Court has previously requested that out of state Counsel file a request to appear telephonically. Attorneys for Defendants William J. Barkett, Castaic Partners, LLC,

GILMORE MAGNESS LEIFER
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

7828-26\00319398.000

CV-S-10-1617
REQUEST FOR TELEPHONIC APPEARANCE

1  Castaic Partners II, LLC and Castaic Partners III, LLC reside in Fresno, California
2  and hereby request that David M. Gilmore, counsel for said Defendants be allowed
3  to make a telephonic appearance for the Status Conference currently set for
4  September 21, 2015 at 10:00 a.m. before Judge Robert C. Jones.

5  September 15, 2015

6                               GILMORE MAGNESS LEIFER

9              By  _____
10                 David M. Gilmore
                   Attorneys for William J. Barkett, Castaic
11                 Partners, LLC, Castaic Partners II, LLC
                   and Castaic Partners III, LLC

15  IT IS SO ORDERED this 15th day of September, 2015.

18  _____
    ROBERT C. JONES

GILMORE MAGNESS LEIFER
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

7828-26\00319398.000                    2                    CV-S-10-1617
              REQUEST FOR TELEPHONIC APPEARANCE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF FRESNO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is Post Office Box 28907, Fresno, California 93729-8907.

On September 15, 2015, I served true copies of the following document(s) described as **REQUEST FOR TELEPHONIC APPEARANCE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Gilmore Magness Leifer's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 15, 2015, at Fresno, California.

*/s/ Lisa Renwick*
Lisa Renwick

1
2

**SERVICE LIST**
**Richard McKnight, et al. v. William J. Barkett, et al.**
**CV-S-10-1617**

3  Richard McKnight
   David Mincin
4  Law Offices of Richard McKnight, P.C.
   330 S. Third Street #900
5  Las Vegas, Nevada 89101
   Facsimile: (702) 388-4393
6  Email: rmcknight@lawlasvegas.com

   Lisa A. Rasmussen
   Law Offices of Lisa Rasmussen
   601 South 10th Street, Suite 100
   Las Vegas, NV 89101
   Facsimile: (702) 489-6619
   Email: lisa@lrasmussenlaw.com

7  Dean T. Kirby
   Kirby & McGuinn
8  707 Broadway, Ste 1750
   San Diego, CA 92101
9  Facsimile: (619) 685-4004
   Email: dkirby@kirbymac.com

   Howard N. Gould
   Firestone & Richert
   1875 Century Park East, Suite 1500
   Los Angeles, CA 90067
   Facsimile: (310) 575-0170
   Email: hgould@frlawcorp.com

10
11  Cindy Lee Stock
    Law Offices Of Cindy Lee Stock, P.C.
    608 South 8th Street
12  Las Vegas, NV 89101
    Facsimile: (702) 382-0925
13  Email: courtdocs@clstock.com

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GILMORE MAGNESS LEIFER
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907