**LISA A. RASMUSSEN, ESQ.**
NV Bar No. 007491
601 South 10th Street, Suite 100
Las Vegas, Nevada  89101
Telephone:  (702) 471-1436
Facsimile:  (702) 489-6619
Email:  Lisa@LRasmussenLaw.com

Attorneys for Rasmussen Direct Lenders

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight Trustee;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM J. BARKETT, an Individual; CASTAIC PARTNERS II, LLC, a California limited liability company;<br><br>　　　　　Defendants.<br>_____<br>And Related Intervenor Actions. | CASE NO. 10-cv-1617 RCJ<br><br>**REQUEST FOR TELEPHONIC APPEARANCE**<br><br>**Status Hearing**<br>**9/21/15**<br>**10:00 a.m.** |

　　　A status conference has been scheduled for September 21, 2015 in the above-entitled matter in Reno, at 10:00 a.m.  The undersigned has another hearing in Las Vegas at 8:00 a.m. on the same day and respectfully requests permission to appear telephonically on behalf of her clients, the Rasmussen Direct Lenders, for this status conference hearing.

　　　Dated September 17, 2015.

　　　　　　　　　　　　　　　　　　　　　　**LAW OFFICE OF LISA RASMUSSEN**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Lisa A. Rasmussen*
　　　　　　　　　　　　　　　　　　　　　　LISA A. RASMUSSEN, ESQ.

1

Nevada Bar No. 007491
601 South 10th Street, Suite 100
Las Vegas, NV  89101
Tel.  (702) 471-1436
Fax.  (702) 489-6619
Email:  Lisa@LRasmussenLaw.com

Counsel for Rasmussen Direct Lenders

## CERTIFICATE OF SERVICE

I hereby certify that I am employed in Clark County, Nevada.  I am over the age of eighteen (18) years and am not a party to this action.  My business address is Law Office of Lisa Rasmussen, 601 S. 10th Street, Suite 100, Las Vegas, NV 89101.

On September 17, 2015, I served the foregoing:

**REQUEST TO APPEAR TELEPHONICALLY**

on the interested parties in this action via CM/ECF as follows:

| Party or Law Firm | Representing |
|---|---|
| Richard McKnight, Esq. | Plaintiffs |
| David Mincin, Esq. | |
| David Gilmore, Esq. | Barkett Defendants |
| Dean Kirby, Esq. | DACA |

IT IS SO ORDERED this 18th day of September, 2015

_____
ROBERT C. JONES

2