**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 200 FAMILY TRUST, Richard McKnight, Trustee,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM J. BARKETT, an individual, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:10-CV-01617-RCJ-GWF<br><br><br>**MINUTE ORDER** |

**MINUTE ORDER IN CHAMBERS**

　　IT IS HEREBY ORDERED that Oral Argument RE: (ECF #410) Motion for Default Judgment and Motion for Approval of Settlement Proposal and Request for Hearing (ECF #413) is set for 10:00 A.M. on Friday, February 12, 2016, in Las Vegas Courtroom 4B, before Judge Robert C. Jones.

　　IT IS SO ORDERED this 2nd day of February, 2016.

　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　 ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　 District Judge