**LISA A. RASMUSSEN, ESQ.**
NV Bar No. 007491
601 South 10th Street, Suite 100
Las Vegas, Nevada  89101
Telephone:  (702) 471-1436
Facsimile:  (702) 489-6619
Email:  Lisa@LRasmussenLaw.com

Attorneys for Rasmussen Direct Lenders
& Castaic Investors, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight Trustee;<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. BARKETT, an Individual; CASTAIC PARTNERS II, LLC, a California limited liability company;<br><br>Defendants.<br>_____<br>-------------------------------------------------<br>And Related Intervenor Actions. | CASE NO. 10-cv-1617 RCJ<br><br>**[PROPOSED]**<br><br>**ORDER DIRECTING THE PARTIES TO SETTLEMENT CONFERENCE** |

At the Request of the Rasmussen Direct Lenders, and with the consent of the Barkett parties and DACA,

IT IS HEREBY ORDERED that the parties are directed to participate in a Settlement Conference regarding Barkett's Motion to Approve Settlement and to address the various positions of the parties in that context.

IT IS FURTHER ORDERED that the parties agree to have Judge Herb Ross (USBC Anchorage- senior judge) if he is available, or to Judge Gary

1

1  Spraker (USBC Anchorage) if Judge Ross is not available preside over the
2  settlement conference.
3      IT IS FURTHER ORDERED that the hearing on Motion to Approve
4  Settlement and Motion for Default Judgment on the Guarantees is continued
5  to April 15, 2016, at a time and location to be announced by separate minute
6  order.
7      IT IS FURTHER ORDERED that the Court anticipates involvement in
8  the settlement conference by:  The Rasmussen Direct Lenders, Castaic
9  Investors, LLC, DACA, Barkett and his entities, Janet Chubb on behalf of her
10 clients with interests in the Tapia/Castaic loans, and the Asset Resolution
11 Company Bankruptcy Estate through its Trustee.  To effect the involvement of
12 the latter parties not participating in this case, an identical order will enter in
13 case number 09-bk-32824 RCJ.
14     IT IS FURTHER ORDERED that Ms. Rasmussen shall initiate contact
15 with Judge Ross to determine his availability for the settlement conference
16 ordered herein.
17     IT IS SO ORDERED.
18     Dated: February 22, 2016.

_____
The Honorable Robert C. Jones
United States District Judge

22 Submitted by:
23     */s/ Lisa A. Rasmussen*
_____
LISA A. RASMUSSEN, ESQ.
Law Office of Lisa Rasmussen
Counsel for the Rasmussen Direct Lenders
& Castaic Investors, LLC

2