Dean T. Kirby, Jr.    090114
Roberta S. Robinson 099035
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101
Telephone: (619) 685-4000
Facsimile:   (619) 685-4004

Cindy Lee Stock
LAW OFFICES OF CINDY LEE STOCK, P.C.
608 South 8th Street
Las Vegas, NV 89101
Telephone: (702) 382-1399
Facsimile: (702) 382-0925

Attorneys for Third Party Defendants and
Counterclaimants and Fourth Party Plaintiffs
DACA-Castaic, LLC and Debt Acquisition
Company of America V, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight, Trustee<br><br>Plaintiff<br><br>v.<br><br>WILLIAM J. BARKETT, an individual, CASTAIC III PARTNERS, LLC a California limited liability company<br><br>Defendants<br><br><br><br>AND RELATED INTERVENOR ACTIONS, THIRD PARTY ACTIONS AND COUNTERCLAIMS | Case No.    2:10-cv-01617-RCJ<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED OPPOSITION TO APPLICATION FOR APPROVAL OF SETTLEMENT PROPOSAL<br><br>AND ORDER THEREON<br><br>DATE:    April 15, 2016<br><br>TIME:    10:00 a.m.<br><br>COURTROOM:   Las Vegas 4B<br>             Hon. Robert C. Jones |

1

This Stipulation by and between Debt Acquisition Company of America V, LLC and DACA-Castaic, LLC (collectively, "DACA"), and William J. Barkett, Castaic Partners, LLC, Castaic Partners II, LLC and Castaic Partners III, LLC (collectively, the "Barkett Parties") and those Direct Lenders represented by Lisa A. Rasmussen as their attorney of record (the "Rasmussen Direct Lenders"), through their undersigned attorneys, is made with reference to the following facts:

1.      On January 29, 2016, the Barkett Parties filed their Application for Approval of Settlement Proposal and Request for Hearing (ECF No. 413). By minute order entered February 2. 2016 (ECF No.418) the Court set the Application w for hearing on February 12, 2016, a date which preceded the time when opposition would normally have been due under the District Local Rules.

2.      DACA and the Rasmussen Direct Lenders each filed responses to the motion shortly prior to the scheduled hearing. At the hearing, counsel for DACA requested Court permission to file an amended response to the Application which would also address the matters raised by the Rasmussen Direct Lenders' response.

3.      By minute order entered after the hearing, the Court set the matter for a continued hearing on April 15, 2016, and set March 15, 2016 as the last day for filing DACA's amended response to the Application.

4.      Counsel for DACA represents to other counsel and to the Court that the March 15 deadline (which falls on a Tuesday) is extremely inconvenient as it is the day after counsel for DACA will return from a scheduled vacation, and that reservations for that vacation trip were made in January. Counsel of DACA has requested, and other counsel have agreed, that as a matter of professional courtesy the response deadline should be continued for three days, from Tuesday, March 15 to Friday, March 18.

/ / /

STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED OPPOSITION TO APPLICATION
FOR APPROVAL OF SETTLEMENT PROPOSAL

WHEREFORE the parties, through their undersigned counsel, stipulate to the entry of an order providing as follows:

1. DACA may file an amended response to the Barkett Parties' Application for Approval of Settlement Proposal (ECF No. 413) on or before Friday, March 18, 2016.

SO STIPULATED

DATE:      February 25, 2016          KIRBY & McGUINN, A P.C.


                                      By:   /s/ Dean T. Kirby, Jr.
                                      Dean T. Kirby, Jr.
                                      Attorneys for Third Party Defendants and
                                      Counterclaimants and Fourth Party Plaintiffs
                                      DACA-Castaic, LLC and Debt Acquisition
                                      Company of America V, LLC

DATE:      February 25 , 2016         GILMORE MAGNESS LEIFER


                                      By:
                                      Timothy V. Logoluso
                                      Attorneys for Defendants William J. Barkett,
                                      Castaic Partners, LLC, Castaic Partners II,
                                      LLC and Castaic Partners III, LLC

DATE:      February 25, 2016          LAW OFFICE OF LISA A. RASMUSSEN


                                      By: /s/ Lisa A. Rasmussen
                                      Lisa A. Rasmussen
                                      Counsel for Rasmussen Direct Lenders
                                      and Castaic Investors, LLC

Upon the above Stipulation,

IT IS SO ORDERED.

DATE: March 1, 2016.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED OPPOSITION TO APPLICATION FOR APPROVAL OF SETTLEMENT PROPOSAL

1   Dean T. Kirby, Jr.     (Calif. Bar No.  090114)
    Roberta S. Robinson (Calif. Bar No.  099035)
2   KIRBY & McGUINN, A P.C.
    707 Broadway, Suite 1750
3   San Diego, California 92101
    Telephone: (619) 685-4000
4   Facsimile:  (619) 685-4004

5   Cindy Lee Stock
    LAW OFFICES OF CINDY LEE STOCK, P.C.
6   608 South 8th Street
    Las Vegas, NV 89101
7   Telephone: (702) 382-1399
    Facsimile:  (702) 382-0925

8

9   Attorneys for Third Party Defendants and
    Counterclaimants / Third Party Plaintiffs
10  DACA-Castaic, LLC and Debt Acquisition
    Company of America V, LLC

11

12              UNITED STATES DISTRICT COURT

13                 DISTRICT OF NEVADA

14

| | |
|---|---|
| 15  THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, 16  Richard McKnight, Trustee | Case No.     2:10-CV-01617-RCJ |
| | CERTIFICATE OF SERVICE |
| 17            Plaintiff | |
| 18        v. | |
| 19  WILLIAM J. BARKETT, an individual, CASTAIC III PARTNERS, LLC 20  a California limited liability company | |
| 21        Defendants | |
| 22  AND RELATED INTERVENOR ACTIONS, THIRD PARTY ACTIONS 23  AND COUNTERCLAIMS | |
| 24 | |

1
CERTIFICATE OF SERVICE

I, Jacquelyn Wilson, declare under penalty of perjury that the following facts are true and correct:  I am a resident of the State of California and over the age of 18 years and not a party to or interested in the above-entitled matter.  I am an employee of Kirby & McGuinn, A P.C., and my business address is 707 Broadway, Suite 1750, San Diego, California 92101.   On February 9, 2016, I served the following document(s):

- STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED OPPOSITION TO APPLICATION FOR APPROVAL OF SETTLEMENT PROPOSAL

by:

☐ MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as shown below.  I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

☐ PERSONAL SERVICE: by personally serving by hand delivery in an envelope(s) addressed as shown below:

☐ OVERNIGHT DELIVERY: by enclosing, a true copy (ies) in a sealed FedEx envelope(s) addressed as shown below.

☐ VIA FACSIMILE: by transmitting via facsimile to the number(s) shown below:

■ VIA ECF FILING: by electronically mailing to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

- **Lynn L. Fetterly**
  L.fetterly@yahoo.com
- **Lynn L. Fetterly**
  L.fetterly@yahoo.com
- **David M. Gilmore**
  dgilmore@gwvm.com,dgilmore@gwvm.com
- **Howard N. Gould**
  hgould@frlawcorp.com,hgould@frlawcorp.com
- **Richard McKnight**
  rmcknight@lawlasvegas.com,gkopang@lawlasvegas.com,msmith@lawlasvegas.com,dmincin@lawlasvegas.com,cburke@lawlasvegas.com

CERTIFICATE OF SERVICE

1

- **David Mincin**
  dmincin@lawlasvegas.com,gkopang@lawlasvegas.com,rmcknight@lawlasveg

2
  as.com,cburke@lawlasvegas.com

- **Jennifer J. Panicker**

3
  jpanicker@gwvm.com,jpanicker@gwvm.com

- **Lisa A Rasmussen**

4
  lisa@lrasmussenlaw.com,Stuart@lrasmussenlaw.com,Secretary@lrasmussenla

5
  w.com,Alex@lrasmussenlaw.com

- **Richard Segerblom**

6
  rsegerblom@lvcoxmail.com,tsegerblom@gmail.com

7
I declare under penalty of perjury under the laws of the State of California that
the foregoing is true and correct.

8

9
DATED:   February 25, 2016                    KIRBY & McGUINN, A P.C.

10

11

12
By:   /s/ Jacquelyn Wilson
                Jacquelyn Wilson

13

14

15

16

17

18

19

20

21

22

23

24

3
CERTIFICATE OF SERVICE