1  Dean T. Kirby, Jr.     (Calif. Bar No.  090114)
   Roberta S. Robinson (Calif. Bar No.  099035)
2  KIRBY & McGUINN, A P.C.
   707 Broadway, Suite 1750
3  San Diego, California 92101
   Telephone: (619) 685-4000
4  Facsimile:   (619) 685-4004

5  Cindy Lee Stock
   LAW OFFICES OF CINDY LEE STOCK, P.C.
6  608 South 8th Street
   Las Vegas, NV 89101
7  Telephone: (702) 382-1399
   Facsimile:  (702) 382-0925
8

9  Attorneys for Third Party Defendants and
   Counterclaimants / Third Party Plaintiffs
10 DACA-Castaic, LLC and Debt Acquisition
   Company of America V, LLC
11

12                UNITED STATES DISTRICT COURT

13                     DISTRICT OF NEVADA

| 14 | THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight, Trustee | Case No.     2:10-CV-01617-RCJ |
|----|---|---|
| 15 |  | REQUEST FOR TELEPHONIC APPEARANCE AT HEARING |
| 16 | Plaintiff |  |
| 17 | v. |  |
| 18 | WILLIAM J. BARKETT, an individual, CASTAIC III PARTNERS, LLC a California limited liability company | Judge:     Hon. Robert C. Jones<br>Date:       October 6, 2016<br>Time:       9:00 a.m.<br>Location:  Las Vegas<br>Courtroom: 4B |
| 19 |  |  |
| 20 | Defendants |  |
| 21 |  |  |
| 22 | AND RELATED INTERVENOR ACTIONS, THIRD PARTY ACTIONS AND COUNTERCLAIMS |  |
| 23 |  |  |

24

                            1
REQUEST FOR TELEPHONIC APPEARANCE AT HEARING

A continued Status Conference has been scheduled for October 6, 2016 and this Court has previously requested that out of state Counsel file a request to appear telephonically at such hearing.  Attorneys for Third Party Defendants and Counterclaimants/Third Party Plaintiffs DACA-Castaic, LLC and Debt Acquisition Company of America V, LLC reside in San Diego, CA and hereby request that Dean T. Kirby, Jr., counsel for DACA-Castaic, LLC and Debt Acquisition Company of America V, LLC, be allowed to make a telephonic appearance for the Status Conference currently set for October 6, 2016 at 9:00 a.m. before Judge Robert C. Jones.

DATE:  August 3, 2016					KIRBY & McGUINN, A P.C.


							By:    /s/ Dean T. Kirby, Jr.
							Dean T. Kirby, Jr.
							Attorneys for Third Party Defendants
							and Counterclaimants / Third Party Plaintiffs
							DACA-Castaic, LLC and Debt Acquisition
							Company of America V, LLC


IT IS SO ORDERED this 22nd day of September, 2016.

_____
ROBERT C. JONES

| | |
|---|---|
| 1 | Dean T. Kirby, Jr.     (Calif. Bar No. 090114) |
|   | Roberta S. Robinson (Calif. Bar No. 099035) |
| 2 | KIRBY & McGUINN, A P.C. |
|   | 707 Broadway, Suite 1750 |
| 3 | San Diego, California 92101 |
|   | Telephone: (619) 685-4000 |
| 4 | Facsimile:   (619) 685-4004 |
| 5 | Cindy Lee Stock |
|   | LAW OFFICES OF CINDY LEE STOCK, P.C. |
| 6 | 608 South 8th Street |
|   | Las Vegas, NV 89101 |
| 7 | Telephone: (702) 382-1399 |
|   | Facsimile:  (702) 382-0925 |

Attorneys for Third Party Defendants and Counterclaimants / Third Party Plaintiffs DACA-Castaic, LLC and Debt Acquisition Company of America V, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST, Richard McKnight, Trustee | Case No.     2:10-CV-01617-RCJ |
|  | CERTIFICATE OF SERVICE |
| Plaintiff | |
| v. | |
| WILLIAM J. BARKETT, an individual, CASTAIC III PARTNERS, LLC a California limited liability company | |
| Defendants | |
| AND RELATED INTERVENOR ACTIONS, THIRD PARTY ACTIONS AND COUNTERCLAIMS | |

1
CERTIFICATE OF SERVICE

|  |  |
|---|---|
| 1 | I, Jacquelyn Wilson, declare under penalty of perjury that the following facts |
| 2 | are true and correct: I am a resident of the State of California and over the age of 18 |
| 3 | years and not a party to or interested in the above-entitled matter. I am an employee |
| 4 | of Kirby & McGuinn, A P.C., and my business address is 707 Broadway, Suite 1750, |
| 5 | San Diego, California 92101. On August 3, 2016, I served the following |
| 6 | document(s): |

- REQUEST FOR TELEPHONIC APPEARANCE AT HEARING

by:

- ☐ MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as shown below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

- ☐ PERSONAL SERVICE: by personally serving by hand delivery in an envelope(s) addressed as shown below:

- ☐ OVERNIGHT DELIVERY: by enclosing, a true copy (ies) in a sealed FedEx envelope(s) addressed as shown below.

- ☐ VIA FACSIMILE: by transmitting via facsimile to the number(s) shown below:

- ■ VIA ECF FILING: by electronically mailing to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

- **Lynn L. Fetterly**
  L.fetterly@yahoo.com
- **Lynn L. Fetterly**
  L.fetterly@yahoo.com
- **David M. Gilmore**
  dgilmore@gwvm.com,dgilmore@gwvm.com
- **Howard N. Gould**
  hgould@frlawcorp.com,hgould@frlawcorp.com
- **Richard McKnight**
  rmcknight@lawlasvegas.com,gkopang@lawlasvegas.com,msmith@lawlasvegas.com,dmincin@lawlasvegas.com,cburke@lawlasvegas.com

2
CERTIFICATE OF SERVICE

- **David Mincin**
  dmincin@lawlasvegas.com,gkopang@lawlasvegas.com,rmcknight@lawlasvegas.com,cburke@lawlasvegas.com
- **Jennifer J. Panicker**
  jpanicker@gwvm.com,jpanicker@gwvm.com
- **Lisa A Rasmussen**
  lisa@lrasmussenlaw.com,Stuart@lrasmussenlaw.com,Secretary@lrasmussenlaw.com,Alex@lrasmussenlaw.com
- **Richard Segerblom**
  rsegerblom@lvcoxmail.com,tsegerblom@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 3, 2016      KIRBY & McGUINN, A P.C.

By: /s/ Jacquelyn Wilson
    Jacquelyn Wilson